IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHN C. ESPINOZA, | ) |
| Plaintiff, | ) |
| v. | ) No.  08-CV-1173 |
| MICHAEL CHERTOFF, | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On July 17, 2008, *pro se* Plaintiff filed his Complaint herein requesting to proceed *in forma pauperis*.  Plaintiff's request to proceed *in forma pauperis* was denied by the Court by text order of July 21, 2008 setting a deadline of August 20, 2008 for payment of the filing fee in full. The text order of July 21, 2008 advised if timely payment was not received, the case was subject to dismissal for want of prosecution.  As of this date, *pro se* Plaintiff has failed to comply with payment in proper form of the $350.00 filing fee.  The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his listed address.

ENTER:    August 28, 2008

    FOR THE COURT:         *s/ Byron G. Cudmore*
                                                         _____
                                                             BYRON G. CUDMORE
                                        UNITED STATES MAGISTRATE JUDGE