E-FILED
Friday, 26 September, 2008  02:59:53 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JOHN C. ESPINOZA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-cv-1173 |
| MICHAEL CHERTOFF, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation issued by Magistrate Judge Byron G. Cudmore recommending the dismissal of the Complaint for want of prosecution [Doc. 4]. The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. § 636(b)(1). Failure to timely object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Complaint [Doc.1] is DISMISSED for want of prosecution.

CASE TERMINATED.

Entered this 26th day of September, 2008

                                                   s/ Joe B. McDade
                                                   JOE BILLY MCDADE
                                          United States District Judge